

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00312-CV

Carmelita **RILEY** and Anthony J. Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez, and Puig Management and Rentals, LLC,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against appellants.

SIGNED July 13, 2016.

_____
Jason Pulliam, Justice